## CONTINENTAL BASKETBALL ASSOCIATION, Plaintiff/Respondent,

### v.

## HARRISBURG PROFESSIONAL SPORTS, INC., et al., Defendants/Appellants.

### No. 73380.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 11, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 10, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Kodner, Watkins, Muchnick & Dunne, L.C., Todd I. Muchnick & Richard B. Hein, St. Louis, for appellant.

Bryan Cave LLP, Douglas W. King, St. Louis, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

## ORDER

PER CURIAM.

Harrisburg Professional Sports, Inc. (HPSI), Van Farber (Farber), and Andrew Dauro (Dauro) (collectively Appellants) appeal from the trial court's judgment entered in favor of Continental Basketball Association (CBA) on Counts I and II of its First Amended Petition (Petition) and on Appellants' counterclaims[1] after a non-jury trial. In Count I of its Petition CBA sought a declaratory judgment that it

1. This appeal does not raise any issue regarding the judgment in favor of Appellants on Count III of the Petition or in favor of CBA on Appellants' counterclaims. Therefore, we will not address those aspects of the judgment.

properly terminated HPSI's membership in CBA for HPSI's violation of certain By–Laws and, in Count II, CBA sought damages for the By–Law violations.

We have reviewed the briefs of the parties, the legal file, and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. Judgment affirmed pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).